JACK S. ROFE, Respondent, v. HAGOP K. KEVORKIAN, Appellant.— Order modified by granting plaintiff an open commission, with leave to the defendant to apply at Special Term for leave to intervene and examine witnesses on his behalf, and as so modified affirmed, with twenty dollars costs and disbursements to appellant. No opinion. Settle order on notice. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

JOHN P. WENNINGER, Appellant, v. WILLIAM G. MULLIGAN and AGNES K. MULLIGAN, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.; Finch, P. J., and Untermyer, J., dissent and vote for affirmance.

ABRAHAM GIVATOWSKY v. THE NATIONAL CITY BANK OF NEW YORK, Impleaded with RUSSO-ASIATIC BANK, Also Known as BANQUE RUSSO-ASIATIQUE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

MILLIE ROTH, an Infant, by JOSEPH ROTH, Her Guardian ad Litem, and JOSEPH ROTH v. ISIDORE TOUBIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Untermyer, JJ.

SADYE D. LEVIS v. IRVING A. LEVIS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

WILLIAM J. LOHN v. APPOLLO MAGNETO CORPORATION and Others, Impleaded with AUTOMATIC MOTOR CONTROL CORPORATION and JACOB MULLER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of JOHN W. REMER, as Committee of the Estate of JENS T. ERLANDSEN, Incompetent. UNITED STATES VETERANS ADMINISTRATION.— Motion for leave to appeal to the Court of Appeals and to dispense with security on appeal denied. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

PENN MUTUAL LIFE INSURANCE COMPANY v. BANK OF AMERICA NATIONAL ASSOCIATION and CELIA LACK, Impleaded, etc. THE TRAVELERS INSURANCE COMPANY v. BANK OF AMERICA NATIONAL ASSOCIATION and CELIA LACK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DORKINS REALTY CORPORATION v. INDEPENDENCE INDEMNITY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.